UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Gilbert P. Hyatt

          vs.            Civil/Criminal Action No. 1:18-cv-546

U.S. Patent & Trademark Office et al.

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____Gilbert P. Hyatt_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

May 9, 2018                                    /s/ Mark DeLaquil_____
Date                                             Signature of Attorney or Litigant
                                                  Counsel for Gilbert P. Hyatt_____

Rev. 7/14/04