AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Gilbert P. Hyatt | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18-cv-546 |
| United States Patent and Trademark Office | ) | |
| Andrei Iancu | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Acting U.S. Attorney for the Eastern District of Virginia Tracy Doherty-McCormick
Civil Process Clerk
United States Attorney's Office
Eastern District of Virginia
Justin W. Williams United States Attorney's Building

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Mark W. DeLaquil
>Baker & Hostetler LLP
>1050 Connecticuit Ave NW, Suite 1100
>Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/9/18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-546

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Tracey Doherty-McCormick, Acting U.S. Attorney, E.D. Va.
was received by me on *(date)*  May 9, 2018  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On May 9, 2018, pursuant to Federal Rule of Civil Procedure 4(i), I caused a copy of the summons and complaint to be sent by certified mail to (1) Defenant U.S. Patent and Trademark Office, (2) Defendant Andrei Iancu, (3) The U.S. Attorney General, and (4) The U.S. Attorney for the Eastern District of Virginia.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  May 25, 2018

*Server's signature*  Richard Raile

Richard B. Raile, Associate, Baker & Hostetler LLP
*Printed name and title*

1050 Connecticut Ave NW, Suite 1100
Washington, D.C. 20036
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Actg. U.S. Atty for Eastern Dist. of VA
Tracy Doherty-McCormick
U.S. Attorney's Office
Justin Williams US Atty's Bldg
2100 Jamieson Ave
Alexandria, VA 22314

9590 9402 2087 6132 8310 18

2. Article Number (Transfer from service label)
7016 2070 0001 0383 8022

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt