# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Richard B. Raile
direct dial: 202.861.1711
rraile@bakerlaw.com

May 25, 2018

**VIA FIRST CLASS MAIL**

Fernando Galindo
Clerk of Court
United States District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314



Re:   Returned Summonses for *Hyatt v. U.S. P.T.O.*, No. 1:18-cv-00546

Dear Mr. Galindo:

Please find enclosed for filing paper copies of the returned summonses in the above-captioned case. Thank you.

Sincerely,

Richard Raile

Richard B. Raile
Associate

Enclosures

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC