UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GILBERT P. HYATT,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE and ANDREI IANCU, Under Secretary of Commerce for Intellectual Property, and Director of the United States Patent and Trademark Office,<br><br>Defendants | Case No. 1:18cv546 (TSE/MSN) |

**JOINT STATEMENT REGARDING REDACTIONS
IN COURT'S MEMORANDUM OPINION**

Pursuant to this Court's order of August 19, 2020 (Doc. No. 174), the parties respectfully provide this joint statement regarding the information that this Court has redacted from the publically-available version of its recent Memorandum Opinion (Dkt. No. 170).

**STATEMENT**

The parties have conferred and agree that the information that this Court has redacted from the publicly-available version of its recent Memorandum Opinion should remain under seal. More specifically, the redacted information is subject to this Court's previous sealing orders in the above-captioned action, and the rationale on which those sealing orders are premised has not changed due to the passage of time. In addition, the parties agree that this Court need not redact any additional information from the publicly-available version of its recent Memorandum Opinion for the reasons stated in this Court's order.

///

Dated: August 26, 2020

        Respectfully submitted,

        /s/ Mark W. DeLaquil
        Mark W. DeLaquil (Va. Bar No. 68088)
        Andrew M. Grossman (phv)
        Paul M. Levine (phv)
        Baker & Hostetler LLP
        1050 Connecticut Ave., N.W., Suite 1100
        Washington, D.C. 20036
        (202) 861-1527
        mdelaquil@bakerlaw.com

        *Attorneys for Plaintiff*

        G. ZACHARY TERWILLIGER
        UNITED STATES ATTORNEY

By:   /s/ Dennis C. Barghaan, Jr.
        DENNIS C. BARGHAAN, JR.
        Deputy Chief, Civil Division
        Assistant U.S. Attorney
        PETER SAWERT
        Special Assistant U.S. Attorney
        U.S. Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        (703) 299-3891
        Email: dennis.barghaan@usdoj.gov

        *Attorneys for Defendants*